UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| TODD DENSON, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 2:06-cr-00081-GZS |
| | ) | 2:13-cv-00328-GZS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 1:10-cr-00090-GZS |
| Respondent | ) | 1:13-cv-00329-GZS |
| | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on August 25, 2014, his Recommended Decision (ECF No. 142) in Case No. 1:10-cr-00090-GZS. Petitioner filed his Objection to the Recommended Decision (ECF No. 143) on September 2, 2014. In addition, the United States Magistrate Judge filed with the Court on August 25, 2014, his Recommended Decision (ECF No. 113) in Case No. 2:06-cr-00081-GZS. Petitioner filed his Objection to the Recommended Decision (ECF No. 114) on September 2, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decisions of the Magistrate Judge are hereby **AFFIRMED**.

2. Petitioner's 28 U.S.C. § 2255 Motion (ECF No. 106) in Case No. 1:10-cr-00090-GZS is hereby **DENIED**, and Petitioner's request for an evidentiary hearing is not warranted based on the analysis contained in the Magistrate Judge's Recommended Decision.

3. A certificate of appealability is **DENIED** in Case No. 1:10-cr-00090-GZS because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

4. Petitioner's 28 U.S.C. § 2255 Motion (ECF No. 77) in Case No. 2:06-cr-00081-GZS is hereby **DENIED**, and Petitioner's request for an evidentiary hearing is not warranted based on the analysis contained in the Magistrate Judge's Recommended Decision.

5. A certificate of appealability is **DENIED** in Case No. 2:06-cr-00081-GZS because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

/s/George Z. Singal
U.S. District Judge

Dated this 23rd day of September, 2014.